**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1191**

———————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

J. C. HOWELL,

Defendant - Appellee.

———————

**No. 06-1192**

———————

In Re:  ARTHUR O. ARMSTRONG,

Appellant.

———————

**No. 06-1193**

———————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

C. GOULD, State Trooper,

Defendant - Appellee.

**No. 06-1194**

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

BRYAN HAGGANS; DEBBIE HAGGANS; ANDREW R. BOYD,

Defendants - Appellees.

**No. 06-1195**

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

THOMASINE E. MOORE; NINA A. KNIGHT; MARJORIE
A. EVANS,

Defendants - Appellees.

**No. 06-1196**

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

CITY OF KNIGHTDALE; KNIGHTDALE POLICE
DEPARTMENT; DIRECTOR CAPT. PERSON; A. T.
JOHNSTON,

Defendants - Appellees.

- 2 -

**No. 06-1197**

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

CITY OF NASHVILLE-ROCKY MOUNT; CITY POLICE
DEPARTMENT; JOHN MANLEY; OFFICER STEVE HILL;
OFFICER JOHN DOE, I; OFFICER JOHN DOE, II,

Defendants - Appellees.

**No. 06-1198**

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

MICHAEL F. EASLEY, Chief Executive Stat; MR.
WARNER, District Attorney; HOWARD S. BONEY;
RACHEL JOYNER; TROOPER NICHOLS; QUENTIN
SUMNER,

Defendants - Appellees.

**No. 06-1270**

In Re:  ARTHUR O. ARMSTRONG,

Appellant.

- 3 -

No. 06-1271

ARTHUR O. ARMSTRONG,

                                        Plaintiff - Appellant,

        versus

TROOPER J. CLAYTON,

                                        Defendant - Appellee.


No. 06-1272

ARTHUR O. ARMSTRONG,

                                        Plaintiff - Appellant,

        versus

CLERK OF WILSON COUNTY SUPERIOR COURT, Civil;
W. RUSSELL DUKE, JR., Judge; MILTON F. FITCH,
JR., Judge,

                                        Defendants - Appellees.


Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.   (5:03-cv-00941-BR; 5:03-mc-00020-BR; 5:04-cv-
00011-BR; 5:05-cv-00086-BR; 5:05-cv-00089-BR; 5:05-cv-00565-BR;
5:05-cv-00778-BR; 5:05-cv-00779-BR; 5:03-mc-00007-BR; 5:04-cv-
00316-BR; 5-05-cv-00136-BR)


Submitted: April 5, 2006          Decided: April 20, 2006

- 4 -

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.  Harold Franklin Askins, Assistant Attorney General, Stacey Treva Carter, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur O. Armstrong appeals a district court order dismissing several pending motions, ordering sanctions and enjoining Armstrong from moving to reopen cases or reopen cases against prior defendants or seeking leave to proceed in forma pauperis, among other actions Armstrong is prevented from doing. Armstrong is a frequent litigant who abuses the judicial system through his totally frivolous and barely comprehensible filings. We have sanctioned him on three occasions. We share the district court's frustration with Armstrong and find no abuse of discretion on the district court's part. Accordingly, we affirm for the reasons cited by the district court. See In re Armstrong, No. 5:03-mc-00020 (E.D.N.C. filed Jan. 18, 2006; entered Jan. 19, 2006). We also deny all of Armstrong's pending motions requesting general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED